**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MATTHEW HONNELL,**
**ADC #161393**                                                                          **PLAINTIFF**

**v.**                          **Case No. 1:16-cv-00128 KGB/BD**

**JEREMY ALMAN,** *et al*.                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

It is so ordered this 6th day of December, 2016.

*[signature: Kristine G. Baker]*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE